UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

3:26-CV-002-MPM-JMV

Danny Eromosele Iluobe Sr, Plaintiff,

v.

Experian Information Solutions, Inc., Defendant.

RECEIVED

JAN 0 5 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

FEDERAL COMPLAINT – FCRA VIOLATIONS

1. JURISDICTION & VENUE This Court has jurisdiction pursuant to 28 U.S.C. §1331 as this case arises under the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 et seq. Venue is proper under 28 U.S.C. §1391.

2. PARTIES Plaintiff: Danny Eromosele Iluobe Sr, resident of Olive Branch, Mississippi. Defendant: Experian Information Solutions, Inc., a consumer reporting agency.

3. FACTUAL ALLEGATIONS

4. Plaintiff is a victim of identity theft.
5. Plaintiff submitted disputes to Experian beginning June 3, 2025.
6. Plaintiff provided government ID, proof of address, SSN, and identity theft documentation.
7. Experian continues to report inaccurate information including fraudulent accounts, unauthorized inquiries, wrong addresses, and **five variations of Plaintiff's name.**
8. Experian has failed to conduct a reasonable reinvestigation and failed to block identity theft information despite statutory requirements.

9. Experian sent boilerplate letters claiming disputes were insufficient, refusing U.S. Mail, and urging online/phone submissions, in violation of FCRA procedures.

10. CLAIMS FOR RELIEF Count I – Violation of 15 U.S.C. §1681e(b) – failure to maintain reasonable procedures to ensure accuracy. Count II – Violation of 15 U.S.C. §1681i – failure to conduct proper reinvestigation. Count III – Violation of 15 U.S.C. §1681c-2 – failure to block identity theft information.

11. DAMAGES Plaintiff seeks:

12. Statutory damages
13. Actual damages (credit denial, emotional distress)
14. Punitive damages for willful noncompliance

15. Costs and any further relief deemed just

16. JURY DEMAND Plaintiff demands a trial by jury.

1

17. EVIDENCE ATTACHMENTS

18. Dispute letters sent to Experian
19. Identity theft report
20. Proof of government-issued ID
21. Documentation showing five name variations on Experian reports

22. CFPB complaint records

23. IFP / FEE WAIVER Plaintiff has filed an Application to Proceed In Forma Pauperis based on financial hardship including Social Security Disability and limited savings, and requests the Court waive filing fees for this federal action.

Respectfully submitted,

Danny Eromosele Iluobe Sr 7063 Creekside Drive Olive Branch, MS 38654 662-804-7478

Date: 1/5/26